No. 79–1437.  GUST ET AL. v. COMMISSIONER OF TAXATION AND FINANCE ET AL.  C. A. 2d Cir.  Certiorari denied.  ▆▆

No. 79–1480.  McGUIRE v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  ▆▆▆▆

No. 79–1484.  SAITTA v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  ▆▆▆▆

No. 79–1488.  HERNANDEZ ET AL. v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  ▆▆▆▆

No. 79–1500.  TEICHER v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.  ▆▆▆▆

No. 79–1503.  RODRIQUEZ-MARTINEZ ET AL. v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.  ▆▆▆▆

No. 79–5477.  JORDAN v. CALIFORNIA.  Ct. App. Cal., 3d App. Dist.  Certiorari denied.

No. 79–5808.  MITCHELL v. ESTELLE, CORRECTIONS DIRECTOR.  C. A. 5th Cir.  Certiorari denied.  ▆▆▆▆

No. 79–5876.  SEARLES v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.  ▆▆▆▆

No. 79–5957.  ALMON v. GEORGIA.  Ct. App. Ga.  Certiorari denied.  ▆▆▆▆

No. 79–5988.  SPARROW v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 79–5991.  ROYSDON v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.  ▆▆▆▆